UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 0:17-cv-05276-MJD-LIB

Central Specialties, Inc.,                                                                                      Plaintiff,

vs.

Jonathan Large and
Mahnomen County,                                                                       Defendants.

## MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

Defendants Jonathan Large and Mahnomen County move the United States District Court, District of Minnesota pursuant to Rule 12 of the Federal Rules of Civil Procedure to dismiss Plaintiff's Amended Complaint as to Defendants Jonathan Large and Mahnomen County upon the following grounds:

1.     Defendants Jonathan Large and Mahnomen County are entitled to qualified immunity and are thus protected from suit as to all or part of plaintiff's claims. As a result, plaintiff has failed to state a claim upon which relief can be granted.

2.     Lack of supplemental jurisdiction over plaintiff's state law claims.

This motion is made upon all files, pleadings, and matters of record herein, along with the memorandum of law filed in support of Defendants Jonathan Large and Mahnomen County's motion.

|  |  |
|---|---|
|  | PEMBERTON, SORLIE, RUFER & KERSHNER, P.L.L.P. |
| Date: June 20, 2018 | **s/ Michael T. Rengel**<br>Michael T. Rengel, No. 169432<br>Attorneys for Defendants<br>110 North Mill Street<br>Fergus Falls, Minnesota  56537<br>Telephone:  218-736-5493<br>Fax:     218-736-3950<br>Email:  m.rengel@pemlaw.com |

MTR:RDF:cg:sb
2017-3320
6/20/2018