UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Central Specialties, Inc., | Case No. 0:17-cv-05276 (MJD/LIB) |
| Plaintiff, | |
| v. | |
| Jonathan Large and Mahnomen County, | |
| Defendants. | |

## MOTION FOR SUMMARY JUDGMENT

Defendants Jonathan Large and Mahnomen County move the United States District Court, District of Minnesota for its Order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing Plaintiff Central Specialties, Inc.'s claims against Defendants Jonathan Large and Mahnomen County.

This motion is made upon all files, pleadings, and matters of record herein, along with the memorandum of law filed in support of Defendants Jonathan Large and Mahnomen County's motion.

PEMBERTON LAW, P.L.L.P.

Date: May 1, 2020

**s/ Michael T. Rengel**
Michael T. Rengel, No. 169432
Ryan D. Fullerton, No. 0398363
Attorneys for Defendants
110 North Mill Street
Fergus Falls, Minnesota 56537
Telephone: 218-736-5493
Fax: 218-736-3950
Email: m.rengel@pemlaw.com
r.fullerton@pemlaw.com